IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR FABRICIO TIGREROS PINCAY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> KRISTI NOEM, *In Her Official Capacity as* ) <br> *Secretary of the Department of Homeland* ) <br> *Security, et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 3:25-cv-285 <br> Judge Stephanie L. Haines <br> Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Hector Fabricio Tigreros Pincay ("Petitioner"). (ECF No. 1). Therein, Petitioner, who was detained at Moshannon Valley Processing Center, ("MVPC"), averred that an Immigration Judge ("IJ") had ordered his release on $8,500 bond, but he had not yet been released because DHS appealed the IJ's Order. (*Id.* at 3–4). In terms of relief, Petitioner sought release upon his payment of bond or a custody redetermination proceeding, among other things. (*Id.* at 10). This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On September 24, 2025, Respondents filed a Motion to Dismiss. (ECF No. 7). Therein, they noted that Petitioner had decided to voluntarily depart from the country. (*Id.* at 3). Therefore, Respondents argued that the Petition is Moot. (*Id.*).

On October 10, 2025, Petitioner, through his counsel, submitted a Notice indicating that he does not oppose Respondents' "Motion to Dismiss[]. [He] agrees that dismissal of this action is appropriate and respectfully requests that the Court grant [Respondents'] Motion and dismiss this case because [he] is no longer detained at [MVPC.] [Petitioner] was removed from the United

1

States by ICE to his home country of Ecuador." (ECF No. 9 at 1).

On October 15, 2025, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 6) recommending that the Petition (ECF No. 1) be dismissed as moot and that Respondents' Motion to Dismiss (ECF No. 7) be dismissed as moot. The parties were advised they could file objections to the Report and Recommendation by October 29, 2025. *See* 28 U.S.C. § 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Neither party has filed any objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 10) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter. Magistrate Judge Kelly correctly deemed Petitioner's Petition for Habeas Corpus moot now that Petitioner has been removed from the country.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 24th day of November, 2025, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (ECF No. 7) is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 10) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge